General Complaint 

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

Ruthie L Bright
604 Maxwell Dr
Tyler TX 75702

Case Number: 6:18cv139 RWS/KNM

List the full name of each plaintiff in this action.

VS.

Trinity Mother Frances Hosp

List the full name of each defendant in this action.
Do not use "et al".

Attach additional pages if necessary.

I.  ATTEMPT TO SECURE COUNSEL:

   Please answer the following concerning your attempt to secure counsel.

   A.  In the preparation of this suit, I have attempted to secure the aid of an
       attorney as follows: (circle one)

       1. Employ Counsel
       2. Court - Appointed Counsel
       3. Lawyer Referral Service of the State Bar of Texas,
          P. O. Box 12487, Austin, Texas 78711.

   B.  List the name(s) and address(es) of the attorney(s):

       N/A

III.  Parties to this suit:

    A.  List the full name and address of each plaintiff:

Pla #1 Trinity Mother Frances Hospital

800 Dawson

Tyler TX 75702

Pla #2 JF Specialist

P.O. Box 26659

Austin TX 78755-0655

    B.  List the full name of each defendant, their official position, place of employment and full mailing address.

Dft #1: Ruthie Bright

604 Maxwell DR

Tyler TX 75702

Dft #2: _____

Dft #3 _____

Attach a separate sheet for additional parties.

C. Results of the conference with counsel:

N/A

II. List previous lawsuits:

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action or any other incidents? _____ Yes ✓ No

B. If your answer to "A" is "yes", describe the lawsuit in the space below. If there is more than one lawsuit, attach a separate piece of paper describing each.

1. Approximate file date of lawsuit: N/A

2. Parties to previous lawsuit(s):

Plaintiff _____

Defendant _____

Attach a separate piece of paper for additional plaintiffs or defendants.

3. Identify the court the lawsuit was filed. If federal, name the district. If state, name the county.

N/A

4. Docket number in other court. N/A

5. Name of judge to whom the case was assigned.
N/A

6. Disposition: Was the case dismissed, appealed or still pending?

N/A

7. Approximate date of disposition. N/A

IV:     Statement of Claim:

State as briefly as possible the fact of your case. Describe how each defendant is involved. Include the names of other persons involved with dates and places. Do not give any legal arguments or cite cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need, attaching additional pages if necessary.

JI Speciality and Mother Francis Hospital refused to pay any benefits from injuries while I worked for them. I have life time injuries and requesting payment for 13 years of service that have been refused and rejected. I have documentation from several doctors verifying I cannot return to work. and also asking for a payout.

V. Relief: State Briefly exactly what you want the court to do for you. Make no legal arguments and do not cite cases or statutes. Attach additional pages if necessary.

JI specialist Insurance Company and Trinity Mother Francis Bound by Contract to pay all my medical expense. Since 2003, No bills or Medication been paid for. I have life time injuries and Cannot return to work. I went Compensation for 13 years of being refused and rejected.

Signed this Mrs Ruthie Burtt day of 03 – 21, 20 18.
                                          (Month)           (Year)

Ruthie Burtt
604 Maxwell Dr
Tyler TX 75702

[Notary stamp: MARVA J. YOUNG, MY COMMISSION EXPIRES March 31, 2018]

I declare (certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Executed on: 03-21-18
              Date

Ruthie Burtt
Signature of each plaintiff

[Notary stamp: MARVA J. YOUNG, MY COMMISSION EXPIRES March 31, 2018]



Ruthie Bright
604 Maxwell Dr
Tyler TX 75702



1000
75702

U.S. POSTAGE
PAID
TYLER, TX
75702
MAR 21 18
AMOUNT
$0.71
R2304P119178-05



United States District Court
Eastern District B Texas
211 W. Ferguson St.
Tyler TX 75702

