IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| RUTHIE L. BRIGHT | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 6:18cv139 |
| | § | |
| TRINITY MOTHER FRANCES HOSPITAL, *et al*. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Report and Recommendation of the Magistrate Judge, which contains her findings, conclusions, and recommendation for the disposition of the complaint, has been presented for consideration. The Report and Recommendation (Docket No. 14), filed on June 11, 2018, recommends that the complaint be dismissed with prejudice to refiling in federal court and without prejudice to the assertion of state law claims in state court.

Plaintiff received the Report and Recommendation on June 14, 2018 (Docket No. 15). No written objections have been filed. The Court agrees with the Magistrate Judge that Plaintiff has not alleged facts showing a basis for federal jurisdiction. The Court therefore **ADOPTS** the findings and conclusions of the Magistrate Judge as those of the Court. It is

**ORDERED** that the complaint is **DISMISSED** with prejudice to refiling in federal court and without prejudice to the assertion of state law claims in state court. Any motion not previously ruled on is **DENIED**.

**SIGNED this 9th day of July, 2018.**

*Robert W. Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE