IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **RUTHIE L. BRIGHT** | § | |
| | § | |
| | § | |
| **v.** | § | |
| | § | **CIVIL ACTION NO. 6:18-CV-139** |
| | § | |
| **TRINITY MOTHER FRANCES** | § | |
| **HOSPITAL**, *et al*. | § | |
| | § | |

## FINAL JUDGMENT

The above-entitled action has come before the Court for consideration. A decision having been duly rendered, the Court hereby enters Final Judgment.

Accordingly, it is **ORDERED, ADJUDGED, and DECREED** that all claims asserted in the instant suit be **DISMISSED WITH PREJUDICE** to the refiling in federal court and **WITHOUT PREJUDICE** to the assertion of state law claims in state court.

All motions not previously ruled on are **DENIED**.

The Clerk of Court is directed to close this case.

**SIGNED this 9th day of July, 2018.**

*Robert W. Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE